UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-10077-CIV-HIGHSMITH

LLOYD CHASE ALLEN,

    Plaintiff,

v.

JAMES V. CROSBY
Secretary, Florida Department of
Corrections,

    Defendant.

_____/



FILED by ___ D.C.
MAR - 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. A review of the record reveals that Plaintiff has failed to effect service of process upon Defendant within 120 days. Therefore, it is

ORDERED AND ADJUDGED that within fifteen (15) days of the date of this Order, Plaintiff shall file a memorandum showing good cause, pursuant to Fed. R. Civ. P. 4(m), explaining why this case should not be dismissed for failure to perfect service of process. Failure to show good cause within the allotted time shall result in the final dismissal of this cause of action.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of March, 2005.

                                    SHELBY HIGHSMITH
                                    UNITED STATES DISTRICT JUDGE

cc:    Kenneth M. Malik, Esq.