FILED by EG D.C.
ELECTRONIC

Mar 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 03-10077-CIV-HIGHSMITH

LLOYD CHASE ALLEN,

        Petitioner,

v.

JAMES V. CROSBY,
Secretary, Florida Department
Of Corrections,

        Respondent.
_____/

## NOTICE OF APPEARANCE

    LEOR VELEANU, ASSISTANT CCRC-South, herein enters his appearance as designated counsel for Lloyd Chase Allen, an inmate under a sentence of death.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing Notice of Appearance been sent via United States Mail to Sandra S. Jaggard, Assistant Attorney General, Department of Legal Affairs, Rivergate Plaza, Suite 950, 444 Brickell Avenue, Miami, Florida 33131, this 16th day of March, 2005.
Respectfully submitted,

"s/" Leor Veleanu
LEOR VELEANU
ASSISTANT CCRC-S
Florida Bar No. 0139191
CCRC-South
101 NE 3rd Ave, Suite 400
Fort Lauderdale, Fl 33301
(954)713-1284 Telephone
(954)713-1299 Fax
veleanul@ccsr.state.fl.us