FILED by EG D.C.

ELECTRONIC

Mar 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 03-10077-CIV-HIGHSMITH

LLOYD CHASE ALLEN,

        Petitioner,

v.

JAMES V. CROSBY,
Secretary, Florida Department
Of Corrections,

        Respondent.
_____/

## MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Petitioner, LLOYD CHASE ALLEN, by and through the undersigned counsel, and hereby files this Memorandum in Response to Order to Show Cause. In support thereof, Petitioner submits;

1. The Petitioner, Lloyd Chase Allen, is a death sentenced inmate on death row at Union Correctional Institution in Raiford, Florida.

2. Following exhaustion of his state court post-conviction proceedings, Mr. Allen filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 14, 2003. Petitioner provided a copy of the petition on Sandra S. Jaggard, Assistant Attorney General.

3. On March 8, 2005, undersigned counsel received from this Court an *Order to Show Cause.* The Order states that "*Plaintiff shall file a memorandum showing good cause, pursuant to Fed. R. Civ. P. 4(m) explaining why this case should not be dismissed*

*for failure to perfect service of process."* After reviewing the Certificate of Service immediately following Petitioner's Petition, it is clear that Assistant Attorney General Sandra S. Jaggard[1] was provided a copy of the Petition at the time it was filed on October 14, 2003. Notwithstanding the fact that Assistant Attorney General Sandra S. Jaggard was provided with a copy of the petition, pursuant to 28 U.S.C. § 2254 Rule 4, it is not required that a Petitioner serve a copy on Respondent.

   4. While Petitioner certainly seeks to avoid at all costs dismissal of his Petition, undersigned counsel respectfully submits that Fed. R. Civ. P. 4(m) does not apply as Mr. Allen is not a Plaintiff in the traditional sense in a civil action and the Secretary of Florida's Department of Corrections is not the Defendant but rather a Petitioner and Respondent in a quasi-criminal /quasi civil /quasi appellate proceeding. See Randy Hertz & James S. Liebman, FEDERAL HABEAS CORPUS PRACTICE AND PROCEDURE, S 2.2 (4th Ed. 2001) "A civil, appellate, collateral, equitable, common law, and statutory procedure."

   5. Petitioner submits that 28 U.S.C. § 2254 Rule 4 - *Preliminary Review; Serving the Petition and Order*, applies to this matter, not the *Time Limit for Service* pursuant to Fed. R. Civ. P. 4(m). To be sure, under Fed. R. Civ. P. 4(m), the language of this paragraph refers to the "summons and complaint" and "Plaintiff" and "Defendant." Under 28 U.S.C. § 2254 Rule 4, the language more aptly refers to "Petition" and "Petitioner" and "Respondent."

---

[1] It is customary under U.S.C.S. § 2254 Rule 4 to serve only the Attorney General and not the named Respondent who is the Secretary of Florida's Department of Corrections. However, if the Court wishes that the Petitioner serve Secretary James V. Crosby, undersigned counsel will respectfully comply.

6. Petitioner, through undersigned counsel, respectfully submits that there has been no violation of the appropriate rules of service that govern habeas corpus proceeding. However, Petitioner is on death row and the stakes could not be higher in this matter before this Court, therefore, if a misunderstanding has occurred due to the complex nature of habeas corpus proceedings, undersigned counsel respectfully prays for leave to amend this memorandum if this Court finds the instant memorandum insufficient in responding to the Order to Show Cause.

Respectfully Submitted,

"S/"_____
LEOR VELEANU
Florida Bar No. 0139191
Assistant CCRC
Capital Collateral Regional Counsel-South
101 N.E. 3rd Avenue, Suite 400
Fort Lauderdale, FL  33301
(954) 713-1284
(954) 713-1299 Fax
veleanul@ccsr.state.fl.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Memorandum in Response to Order to Show Cause has been sent via United States Mail to Sandra Jaggard, Assistant Attorney General, Department of Legal Affairs, Rivergate Plaza, Suite 950, 444 Brickell Avenue, Miami, Florida 33131, this 16th day of March, 2005.

Respectfully Submitted,

"S/"_____
LEOR VELEANU
Florida Bar No. 0139191