UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-10077-CIV-HIGHSMITH

LLOYD CHASE ALLEN,

    Plaintiff,

v.

JAMES V. CROSBY
Secretary, Florida Department of
Corrections,

    Defendant.
_____/



### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on Defendant's Motion to Hold Federal Proceeding in Abeyance (DE 5). After a careful review of the record, and Petitioner's Motion the Court finds Petitioner's request for abeyance to be legitimate. The Court directs Petitioner to keep this Court apprised of the status of the DNA testing in the State Court proceeding.

Therefore, it is ORDERED AND ADJUDGED that Petitioner's Motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of April, 2005.

                              SHELBY HIGHSMITH
                              UNITED STATES DISTRICT JUDGE

cc:    Kenneth M. Malik, Esq.