LAW OFFICES OF
# MALNIK & SALKIN, P.A.
*Attorneys at Law*

**Kenneth M. Malnik**  
**Sonya L. Salkin**

1776 North Pine Island Road, Suite 216  
Plantation, Florida 33322  
Telephone: (954) 423-4469  
Facsimile: (954) 423-4479  
sls@msbankrupt.com

April 8, 2005

Office of the Clerk  
United States District Court  
Southern District of Florida  
301 N. Miami Avenue, Suite 150  
Miami, FL 33128-7788

Re : Lloyd Chase Allen vs. James V. Crosby, Secretary, Florida Department of Corrections  
    Case No.: 03-10077-CIV-HIGHSMITH

Dear Clerk of the Court:

Please be advised that the undersigned is no longer working for Capital Collateral Regional Counsel South as the attorney for Lloyd Chase Allen. Please have all future pleadings and correspondence sent to Mr. Allen's attorneys at:

> CCRC-SOUTH  
> 101 N.E. Third Avenue, Suite 400  
> Fort Lauderdale, FL 33301

Thank you for your attention to this matter

Very truly yours,

*[signature]*  
Kenneth M. Malnik

KMM:rc

cc : CCRC-South