UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LLOYD CHASE ALLEN,

    Petitioner,

v.                     CASE NO. 03-10077-CIV-HIGHSMITH

JAMES CROSBY, JR.,

    Respondent.
_____/

### RESPONDENT'S NOTICE OF CHANGE OF ADDRESS

Please be advised that effective August 29, 2005, the address of the Miami Capital Appeals Division of the Florida Attorney General's Office has changed. The new address is as follows:

> Office of the Attorney General
> Capital Appeals Division
> Rivergate Plaza, Suite 650
> 444 Brickell Avenue
> Miami, Florida  33131-2407

                              Respectfully submitted,

                              CHARLES J. CRIST, JR.
                              ATTORNEY GENERAL

                              *[signature]*
                              SANDRA S. JACQUARD
                              Assistant Attorney General
                              Florida Bar #0012068
                              Rivergate Plaza, Suite 650
                              444 Brickell Avenue
                              Miami, Florida  33131-2407
                              (305) 377-5441 TEL
                              (305) 377-5655 FAX

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Notice of Change of Address** was furnished via U.S. Mail to Leon Veleanu, Assistant CCRC-South, 101 NE, 3rd Avenue, Suite 400, Ft. Lauderdale, Florida 33301 on this 1st day of September 2005.

                                           SANDRA S. JAGGARD
                                           Assistant Attorney General

/gp