UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 03-10077-CIV-HIGHSMITH

LLOYD CHASE ALLEN,

        Petitioner,

v.

JAMES MCDONOUGH,
Secretary, Florida Department
Of Corrections,

        Respondent.
_____/

## STATUS REPORT AND RESPONSE TO RESPONDENT'S MOTION TO LIFT STAY

COMES NOW, the Petitioner, LLOYD CHASE ALLEN, by and through the undersigned counsel, and respectfully files this Status Report and Response to the Respondent's Motion dated May 2, 2007.   In support thereof Petitioner submits:

1. Mr. Allen was convicted of first-degree murder, grand theft of an automobile and was sentenced to death. *Allen v. State*, 662 So. 2d  323 (Fla. 1995).   The Florida Supreme Court affirmed Mr. Allen's conviction and sentence. *Allen v. State*, 662 So. 2d 323 (Fla. 1995).   The United States Supreme Court denied Mr. Allen's Petition for Writ of Certiorari in *Allen v. Florida*, cert. denied, 517 U.S. 1107 (1996).

2. Mr. Allen's state court motion for post-conviction relief was filed on March 16, 2001. The state circuit court issued a written summary denial on December 17, 2001.

3. The summary denial was affirmed by the Florida Supreme Court on July 10, 2003. A Motion for Rehearing was filed on July 25, 2003, that motion was denied on September 8, 2003.

4. On September 30, 2003, Mr. Allen filed a *Motion To Order DNA Testing* pursuant to Florida Rules of Criminal Procedure 3.853 in state circuit court. The court denied the *Motion To Order DNA Testing* without prejudice to re-file because it was improperly notarized..

5. On October 14, 2003, Mr. Allen filed with this Court, his *Petition for Writ of Habeas Corpus* pursuant to 28 U.S.C. §2254.

6. On March 16, 2005, Mr. Allen re-filed his motion seeking DNA testing in state court and contemporaneously moved this Court to hold his federal proceedings in abeyance. On April 5, 2005, this Court granted Petitioner's motion to hold these federal proceedings in abeyance until the issue of DNA testing was exhausted in state court.. The state circuit court subsequently denied relief and on February 15, 2007, the Florida Supreme Court affirmed the lower court's order. On April 27, 2007, the Florida Supreme Court denied Mr. Allen's Motion for Rehearing.

7. On May 2, 2007, Respondent filed a *Motion to Lift Stay* informing this Court that the state proceedings have concluded and thus the basis for the Petitioner's *Motion to Hold Proceedings in Abeyance* have also concluded.

8. Counsel for the Respondent is correct in her rendition of the posture of these proceedings in her May 2, 2007 motion . Therefore, because the state proceedings have concluded, Petitioner has no objection to the Stay being lifted.

WHEREFORE Petitioner Lloyd Chase Allen hereby reports to this Court that the state proceedings regarding DNA testing have concluded and the Petitioner has no objection to the stay of proceedings being lifted.

Respectfully Submitted,

/S/ Leor Veleanu
LEOR VELEANU
Florida Bar No. 0139191
Assistant CCRC
Capital Collateral Regional Counsel-South
101 N.E. 3rd Avenue, Suite 400
Fort Lauderdale, FL  33301
(954) 713-1284
(954) 713-1299 Fax
veleanul@ccsr.state.fl.us

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Sandra Jaggard, Assistant Attorney General, Department of Legal Affairs, Rivergate Plaza, Suite 950, 444 Brickell Avenue, Miami, Florida 33131.

Respectfully Submitted,

/S/Leor Veleanu
LEOR VELEANU
Florida Bar No. 0139191