UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-10077-CIV-HIGHSMITH
Magistrate Judge Chris M. McAliley

LLOYD CHASE ALLEN,

    Plaintiff,

v.

JAMES MCDONOUGH,
Secretary, Florida Department of
Corrections,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*.

It is ORDERED and ADJUDGED, in accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Southern District of Florida, that ALL PRETRIAL MATTERS in this case are hereby REFERRED TO United States Magistrate Judge Chris M. McAliley for appropriate disposition or report and recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of July, 2007.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record