UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-10077-CIV-HIGHSMITH

LLOYD CHASE ALLEN,

    Plaintiff,

v.

JAMES MCDONOUGH,
Secretary, Florida Department of
Corrections,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Lift Stay (DE 9). On April 5, 2005, this Court granted Petitioner's motion to stay this action pending the resolution of a motion for DNA testing pending in state court. That motion has been denied and the Florida Supreme Court has affirmed the denial and denied rehearing of the matter. Moreover, the Petitioner, in his Response, does not object to the Motion to Lift Stay. Accordingly, for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion to Lift Stay (DE 9) is GRANTED. Defendant shall file its response to the complaint on or before twenty days from the date of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of July, 2007.

*[signature]*
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record