UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

**CASE NO.** 03-10077-CIV-HIGHSMITH

☒ VOLUMINOUS (exceeds 999 pages = 4 inches)
consisting of (boxes, notebooks, etc.) 2 BOXES

☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = ____________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION




LLOYD CHASE ALLEN,

Petitioner,

vs. CASE NO. 03-10077-CIV-HIGHSMITH

JAMES MCDONOUGH,

Respondent.
_______________________________/

**RESPONDENT'S**
**NOTICE OF FILING APPENDICES**
**AND**
**INDEX THERETO**

Respondent, JAMES V. CROSBY, JR., hereby gives notice of the filing of the accompanying separately bound Appendices A-W, comprising 21 volumes, and consisting of the state-court record and pleadings, and other relevant documents, as set forth in the index attached hereto.

Respectfully Submitted,
BILL MCCOLLUM
Attorney General

SANDRA S. JAGGARD
Assistant Attorney General
Florida Bar Number 0012068
Office of the Attorney General
Rivergate Plaza -- Suite 950
444 Brickell Avenue
Miami, Florida 33131
TEL (305) 377-5441
FAX (305) 377-5655

SCANNED

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Filing (accompanied only by Index) was furnished via U.S. Mail to Leor Veleanu, Assistant CCRC-South, 101 N.E. 3rd Avenue, Suite 400, Ft. Lauderdale, Florida 33301, this 7th day of August, 2007.

SANDRA S. JAGGARD
Assistant Attorney General

# INDEX TO APPENDICES

**ITEM APPENDIX**

**First Bound Volume (Appendices A-F):**
**Briefs, Petitions and Responses in:**


**<u>Allen v. State</u>, 662 So. 2d 323 (Fla. 1995)("Allen I")**
(No. 81,639, Direct Appeal)
Brief of Appellant . . . . . . . . . . . . . . . . . . . . . . A
Answer Brief of Appellee/Initial Brief of Cross-Appellant . . . B
Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . C

**<u>Allen v. Florida</u>, 517 U.S. 1107 (1996)**
(No. 95-7555, Certiorari Petition re <u>Allen I</u>)
Petition . . . . . . . . . . . . . . . . . . . . . . . . . . . D
Response . . . . . . . . . . . . . . . . . . . . . . . . . . . E
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . F


---

**Second Bound Volume (Appendices G-M):**
**Briefs, Petitions and Responses in:**


**<u>Allen v. State</u>, 854 So. 2d 1255 (Fla. 2003)("Allen II")**
(Nos. SC02-371 & SC02-1079, Appeal from Denial of 3.850 & Habeas Petition)
Brief of Appellant . . . . . . . . . . . . . . . . . . . . . . G
Answer Brief of Appellee . . . . . . . . . . . . . . . . . . . H
Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . I
Petition . . . . . . . . . . . . . . . . . . . . . . . . . . . J
Response . . . . . . . . . . . . . . . . . . . . . . . . . . . K
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . L
Amended Reply . . . . . . . . . . . . . . . . . . . . . . . . . M


---

**Third Bound Volume (Appendices N-P):**
**Briefs, Petitions and Responses in:**


**<u>Allen v. State</u>, 957 So. 2d 635 (Fla. 2007)("Allen III")**
(Nos. SC06-475, Appeal from Denial of 3.853)
Brief of Appellant . . . . . . . . . . . . . . . . . . . . . . N
Answer Brief of Appellee . . . . . . . . . . . . . . . . . . . O
Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . P

**Fourth through Eleventh Bound Volumes (Appendix Q):**
**Record in Allen I** . . . . . . . . . . . . . . . . . . . . . . Q
**Volume 1** (pages 1-244)
(Documents)
**Volume 2** (pages 1-115)
(Trial Transcript -- Guilt Phase)
**Volume 3** (pages 117-259)
(Trial Transcript -- Guilt Phase)
**Volume 4** (pages 261-437)
(Trial Transcript -- Guilt Phase)
**Volume 5** (pages 439-543)
(Trial Transcript -- Guilt Phase)
**Volume 6** (pages 545-649)
(Trial Transcript -- Guilt Phase)
**Volume 7** (pages 650-778)
(Trial transcript -- Guilt Phase: pp. 650-81)
(Trial transcript -- Penalty Phase: pp. 682-778)
**Volume 8** (pages 778-924)
(Trial Transcript -- Sentencing: pp. 778-813)
(Transcripts of Pretrial Hearings: pp. 812-893)
(Transcript of Radio Interview: pp. 894-908)
(Documents: pp. 908-24)

---

**Twelfth through Twenty-First Bound Volumes (Appendix R):**
**Record in Allen II** . . . . . . . . . . . . . . . . . . . . . R
**Volume 1** (pages 1-171)
(Documents)
**Volume 2** (pages 172-295)
(Documents)
**Volume 3** (pages 296-495)
(Documents)
**Volume 4** (pages 496-619)
(Documents)
**Volume 5** (pages 620-747)
(Documents)
**Volume 6** (pages 748-874)
(Documents)
**Volume 7** (pages 875-1025)
(Documents)
**Volume 8** (pages 1026-1218)
(Documents)
**Volume 9** (pages 1219-1353)
(Documents)
**Volume 10** (pages 1354-1554)
(Transcripts of Post Conviction Proceedings)

---

**Twenty-Second through Twenty-Third Bound Volumes (Appendix S):**
**Record in Allen III** . . . . . . . . . . . . . . . . . . . . . . S
**Volume 1** (pages 1-38)
(Documents)
**Volume 2** (pages 1-39)
(Documents)

---

**Twenty-Fourth Bound Volume (Appendices T-AA):**
**Opinions**
Allen I . . . . . . . . . . . . . . . . . . . . . . . . . . . T
Allen v. Florida . . . . . . . . . . . . . . . . . . . . . . . U
Allen II . . . . . . . . . . . . . . . . . . . . . . . . . . V
Allen III . . . . . . . . . . . . . . . . . . . . . . . . . . W

**From Allen I:**
Motion to Relinquish Jurisdiction . . . . . . . . . . . . . . . X
Response to Motion to Relinquish . . . . . . . . . . . . . . . Y
Reply to Response . . . . . . . . . . . . . . . . . . . . . . Z
Order Denying Motion . . . . . . . . . . . . . . . . . . . . AA