UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-10077-CIV-HIGHSMITH/MCALILEY

LLOYD CHASE ALLEN,

    Petitioner,

v.

JAMES MCDONOUGH,
Secretary, Florida Department
of Corrections,

    Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE A TRAVERSE

Pending before the Court is Petitioner's Motion for Leave to File a Traverse. [DE 17].

Having considered the Motion and the record in this action it is hereby ORDERED that the Motion is **GRANTED**. Petitioner may file a traverse no later than **April 28, 2008**.

DONE and ORDERED in Miami, Florida this 27th day of February, 2008.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Shelby Highsmith
All counsel of record