UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-10077-CIV-COHN



**LLOYD CHASE ALLEN,**

    Petitioner,

vs.

**WALTER A. MCNEIL,** Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Court's Final Order on Petition for Writ of Habeas Corpus. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Lloyd Chase Allen's Petition filed pursuant to 28 U.S.C. §2254 [DE 1] is **DENIED**;

2. Judgment is hereby entered against Petitioner Lloyd Chase Allen in this proceeding.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 31st day of March, 2009.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

copies to:

counsel of record on CM/ECF