UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-10077-CIV-COHN

**LLOYD CHASE ALLEN**,

        Petitioner,

v.

**WALTER A. MCNEIL**, Secretary,
    Florida Department of Corrections,

        Respondent.
_____/

## NOTICE OF APPEARANCE

TERRI L. BACKHUS, Special Assistant CCRC-South, herein enters her appearance as counsel for Lloyd Chase Allen, an inmate under sentence of death.

        Respectfully Submitted,

        "s"/ Terri L. Backhus
        TERRI L. BACKHUS
        Florida Bar No. 0946427
        Assistant CCRC-South
        101 N.E. 3rd Avenue, Suite 400
        Fort Lauderdale, FL 33301
        (813) 269-7604 Telephone
        (954) 713-1299 Fax
        rileybackhus@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Sandra Jaggard, Assistant Attorney General, Department of Legal Affairs, Rivergate Plaza, Suite 950, 444 Brickell Avenue, Miami, Florida 33131.

"s"/Terri L. Backhus

TERRI L. BACKUS
Florida Bar No. 0946427