UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 03-10077-CIV-COHN

LLOYD CHASE ALLEN,

    Petitioner,

vs.

WALTER A. MCNEIL, Secretary,
Florida Department of Corrections,

    Respondent.

_____\

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Motion to Alter or Amend Judgment [D.E. 24], filed April 14, 2009. Petitioner requests that the Court alter or amend the Order of March 31, 2009 [D.E.21 ], which denied his Petition for Writ of Habeas Corpus, on the grounds that the Court erred in his evaluation of the issues raised as to the State's withholding of material exculpatory evidence and claims of ineffective assistance of counsel at the guilt phase of Petitioner's trial. Specifically, Petitioner states the "Court's denial of Mr. Allen's claims that the State violated Brady v. Maryland, 373 U.S. 83 (1963) when it withheld material exculpatory exonerating evidence of innocence misconstrues the law." (*Motion* at 2). Petitioner also asserts that "contrary to this Court's holding, [Mr. Allen] was denied his Sixth Amendment right to effective assistance of counsel." (*Id.* at 5). Petitioner requests the Court alter or amend its judgment and grant Mr. Allen an evidentiary hearing or habeas relief.

"The decision whether to alter or amend a judgment pursuant to Rule 59(e) is 'committed to the sound discretion of the district judge.'" *Mincey v. Head*, 206 F.3d 1106, 1137 (11th Cir. 2000) (quoting *American Home Assurance Co. v. Glenn Estess & Assocs.*, 763 F.2d 1237, 1238-39 (11th Cir. 1985)). While Petitioner may disagree with the Court's assessment of the issues raised and addressed, the undersigned remains unpersuaded to alter or amend the Order.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion to Alter or Amend Judgment [D.E. 24] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 14th day of May, 2009.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: counsel of record