## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**LLOYD CHASE ALLEN,**
        **Petitioner,**

**v.**                                    **Case No.  03-10077-CIV-Cohn**

**WALTER MCNEIL, Secretary, Florida**
**Department of Corrections,**
        **Respondent.**

### PETITIONER'S NOTICE OF APPEAL

**Comes Now LLOYD CHASE ALLEN,** by and through undersigned

counsel, and hereby files this notice of appeal.  Mr. Allen appeals the denial of his

Petition for Writ of Habeas Corpus dated October 14, 2003 (D.E. 1); the denial of

his Rule 59(e) Motion to Alter and Amend dated April 14, 2009 (D.E.24); and this

Court's Order and Judgment Denying the Petition for Writ of Habeas Corpus

dated March 31, 2009 (D.E. 21-22) and its Order Denying the Motion to Alter and

Amend dated May 14, 2009 (D.E. 25) by the Honorable James I Cohn, United

States District Judge.

                        Respectfully submitted,

                        /s/ Terri L. Backhus
                        TERRI L. BACKHUS
                        Fla. Bar No. 0946427
                        Asst. CCRC-South.

CCRC-South
101 NE 3rd Ave., Ste. 400
Ft. Lauderdale, FL 33301
(954) 713-1284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing notice of appeal has been furnished by electronic service to Sandra Jaggard, Assistant Attorney General, on this 12th day of June, 2009.

/s/ Terri L. Backhus
TERRI L. BACKHUS
Fla. Bar No. 0946427


CCRC-South
101 NE 3rd Ave., Ste. 400
Ft. Lauderdale, FL 33301
(954) 713-1284

Attorney for Petitioner Allen