UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case No. 03-10077-CIV-COHN**

**LLOYD CHASE ALLEN,**

Petitioner,

vs.

**WALTER A. MCNEIL,** Secretary,
Florida Department of Corrections,

Respondent.

_______________________________\

**ORDER GRANTING MOTION FOR CERTIFICATE OF APPEALABILITY**

**THIS CAUSE** is before the Court on Petitioner's Amended Motion for Certificate of Appealability [D.E. 28], filed June 16, 2009. On March 31, 2009, the undersigned entered an Order denying Mr. Allen's Petition for Writ of Habeas Corpus [D.E. 21]. A Notice of Appeal was filed on June 12, 2009. The Clerk of the Court docketed this Notice of Appeal as a Motion for Certificate of Appealability [D.E. 27]. This Amendment timely followed.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Amended Motion for Certificate of Appealability [D.E.28] is **GRANTED**. A Certificate of Appealability is granted as to Petitioner's arguments in Ground I, that the State improperly withheld material exculpatory evidence and Ground II, that Mr. Allen was rendered ineffective assistance of counsel at both the guilt and penalty phases of his trial. The undersigned is persuaded that Petitioner has shown "jurists of reason could disagree with the district court's resolution of his constitutional

claim or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003)(citation omitted).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 17th day of June, 2009.

**JAMES I. COHN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record