# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

FILED by H.H. D.C.
JUL 01 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. – MIAMI

Date: June 15, 2009

IN RE:  District Court No.: 03-10077-CV JIC       U.S.C.A. No. 09-13217P

Style: ALLEN v. SECRETARY FDC, et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: YES |
| | Date(s) of other notice(s): |
| | _____ volume(s) of pleadings; _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: |
| ___ | There was no hearing from which a transcript could be made. |
| X | Copy of DOCKET SHEET enclosed. |
| ___ | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid  NO |
| | Date paid _____  Receipt No. _____ |
| ___ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is: JAMES I. COHN |
| X | The Court Reporter(s): TAMMY NESTOR |
| ___ | This is an appeal of a bankruptcy order. Bankruptcy Judge: |
| ___ | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _Hope Hui_
    Deputy Clerk

c:   court file

| ☒ 400 N. Miami Avenue Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |