# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 27, 2009

FILED by _H.H._ D.C.

JUL 30 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. -- MIAMI

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 09-13217-P**
Case Style: Lloyd Chase Allen v. Sec., FL DOC
District Court Number: 03-10077 CV-JIC ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joyce Pope (404) 335-6213

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 2 7 2007

THOMAS K. KAHN
CLERK
```

No. 09-13217-P

LLOYD CHASE ALLEN,

Petitioner-Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, Walter A. McNeil,

Respondent-Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

O R D E R:

Appellant's motion for extension of time to file appellant's initial brief and record excerpts to and including August 27, 2009, is GRANTED.

/s/Ed Carnes
UNITED STATES CIRCUIT JUDGE