UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 10 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Appeals Section

STEVEN M. LARIMORE
Clerk of Court

Date: 9/10/2009

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:  03-10077-CV  -  JIC

U.S.C.A. No:  09-13217-P

Style:  ALLEN V. SECRETARY, FDC, ET AL

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 1 Volume(s) of pleadings
- 0 Volume(s) of Transcripts

Exhibits:  1 boxes;   1 folders;
           0 envelopes;   0 PSIs (sealed)

☐ other: _____
☑ other: 1 BOX CONTAINING DE# 16, APPENDICES
☑ Other: 1 ACCORDIAN FOLDER CONTAINING DE# 15
☐ Other: _____

Sincerely,

Steven M. Larimore, Clerk of Court

By: *Hope Huff*

Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL, CLOSED, CMM, REF_PTRL

## U.S. District Court
## Southern District of Florida (Key West)
## CIVIL DOCKET FOR CASE #: 4:03-cv-10077-JIC
## Internal Use Only

Allen v. Secretary FDC, et al
Assigned to: Judge James I. Cohn
Referred to: Magistrate Judge Chris M. McAliley
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/14/2003
Date Terminated: 03/31/2009
Jury Demand: None
Nature of Suit: 535 Death Penalty - Habeas Corpus
Jurisdiction: Federal Question

**Plaintiff**

**Lloyd Chase Allen**      represented by   **Dan Davis Hallenberg**
Capital Collateral Regional Counsel
101 NE 3rd Avenue
Suite 400
Fort Lauderdale, FL 33301
954-713-1284
Fax: 713-1299
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Michael Malnik**
Malnik & Salkin
1776 N Pine Island Road
Suite 216
Plantation, FL 33322
954-423-4469
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leor Veleanu**
Capital Collateral Regional Counsel
101 NE 3rd Avenue
Suite 400
Fort Lauderdale, FL 33301
954-713-1284
Fax: 713-1299
Email: veleanul@ccsr.state.fl.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terri Lynn Backhus**

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/10/09

                                            Backhus & Izakowitz PA
                                            13014 N Dale Mabry Highway
                                            Suite 746
                                            Tampa , FL 33618
                                            813-269-7604
                                            Fax: 269-7640
                                            Email: tbackhus@tampabay.rr.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **William McKinley Hennis , III**
                                            Capital Collateral Regional Counsel
                                            101 NE 3rd Avenue
                                            Suite 400
                                            Fort Lauderdale , FL 33301
                                            954-713-1284
                                            Fax: 954-713-1299
                                            Email: hennisw@ccsr.state.fl.us
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Secretary, Florida Department of Corrections**<br>*James V. Crosby* | represented by | **Sandra Sue Jaggard**<br>Attorney General Office<br>444 Brickell Avenue<br>Suite 650<br>Miami , FL 33131<br>305-377-5441<br>Fax: 377-5655<br>Email: Sandra.Jaggard@myfloridalegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2003 | 1 | COMPLAINT/PETITION for Writ of Habeas Corpus 28:2254 filed; B-6; FILING FEE $5.00 RECEIPT # 529278; Magistrate Judge William C. Turnoff (ss, Deputy Clerk) (Entered: 10/14/2003) *Begin Vol. 1* |
| 03/07/2005 | 2 | ORDER TO SHOW CAUSE. Response to Order to Show Cause due within 15 days ( Signed by Judge Shelby Highsmith on 03/07/05) [EOD Date: 3/8/05] (sk, Deputy Clerk) (Entered: 03/08/2005) |
| 03/16/2005 | 3 | NOTICE of attorney appearance for Lloyd Chase Allen by Leor Veleanu (sk, Deputy Clerk) (Entered: 03/16/2005) |
| 03/16/2005 | 4 | RESPONSE to [2-1] Order to Show Cause by Lloyd Chase Allen (Attorney ) (sk, Deputy Clerk) (Entered: 03/16/2005) |

| | | |
|---|---|---|
| 03/16/2005 | 5 | MOTION by Lloyd Chase Allen (Attorney) to stay /hold federal proceedings in abeyance (sk, Deputy Clerk) (Entered: 03/16/2005) |
| 04/05/2005 | 6 | ORDER granting [5-1] motion to stay /hold federal proceedings in abeyance ( Signed by Judge Shelby Highsmith on April 5, 2005) [EOD Date: 4/6/05] (Former Deputy Clerk) (Entered: 04/06/2005) |
| 04/11/2005 | 7 | NOTICE of non-representation by Kenneth Malnik, Esq. by Lloyd Chase Allen (sk, Deputy Clerk) (Entered: 04/13/2005) |
| 09/06/2005 | 8 | NOTICE of Change of Address of Attorney by Secretary, FL-DOC (bs, Deputy Clerk) (Entered: 09/08/2005) |
| 05/01/2007 | 9 | MOTION to Vacate 6 Order *Staying proceedings* by Secretary, Florida Department of Corrections. Responses due by 5/15/2007 (Jaggard, Sandra) (Entered: 05/01/2007) |
| 05/08/2007 | 10 | RESPONSE to Motion re 5 Motion to Stay, 9 MOTION to Vacate 6 Order *Staying proceedings and Status Report* filed by Lloyd Chase Allen. Replies due by 5/15/2007. (Veleanu, Leor) (Entered: 05/08/2007) |
| 05/08/2007 | 11 | STATUS REPORT by Lloyd Chase Allen. (undocketed portion of 10 ) (tb) (Entered: 05/09/2007) *Vol. 1 con'td.* |
| 05/09/2007 | 12 | Notice of Docket Correction: originally filed as re 10 Response to Motion filed by Lloyd Chase Allen,, Correction: docketed missing document 11 Status Report filed by Lloyd Chase Allen, Notice of Instruction to Filer in the future please file documents as separate entries, i.e. status report and response. (tb) (Entered: 05/09/2007) |
| 08/01/2007 | 13 | ORDER REFERRING CASE to Magistrate Judge Chris M. McAliley for Pretrial matters.Signed by Judge Shelby Highsmith on 7/26/2007.(ag) (Entered: 08/01/2007) |
| 08/01/2007 | 14 | ORDER LIFTING STAY Signed by Judge Shelby Highsmith on 7/26/2007. (ag) (Entered: 08/01/2007) |
| 08/01/2007 | | (Court only) ***Motions terminated: 9 MOTION to Vacate 6 Order *Staying proceedings* filed by Secretary, Florida Department of Corrections,. (dm) SEE DE 14 (Entered: 08/08/2007) |
| 08/07/2007 | 15 | RESPONSE TO ORDER TO SHOW CAUSE by Secretary, Florida Department of Corrections. (Jaggard, Sandra) (Entered: 08/07/2007) *See 8/7/2007 #1* |
| 08/14/2007 | 16 | NOTICE of filing appendices and index thereto, by Secretary, Florida Department of Corrections (pa) (Entered: 08/14/2007) *See Box 1* |
| 09/04/2007 | 17 | MOTION for Leave to File *Traverse* by Lloyd Chase Allen. (Veleanu, Leor) (Entered: 09/04/2007) |
| 02/27/2008 | 18 | ORDER granting 17 Petitioner's Motion for Leave to File a Traverse. Signed by Magistrate Judge Chris M. McAliley on 2/27/2008. (lc2) (Entered: 02/27/2008) |
| 04/28/2008 | 19 | REPLY by Lloyd Chase Allen. (Veleanu, Leor) (Entered: 04/28/2008) |

| 05/13/2008 | 20 | Reassignment of Death Penalty/Habeas Corpus Case pursuant to Administrative Order 2008-11 to Judge James I. Cohn. Judge Shelby Highsmith no longer assigned to the case. (yc) (Entered: 05/13/2008) |
| --- | --- | --- |
| 03/31/2009 | 21 | FINAL ORDER DENYING PETITION. Signed by Judge James I. Cohn on 3/31/2009. (lc1) (Entered: 03/31/2009) *Vol. 1 cont'd.* |
| 04/01/2009 | 22 | JUDGMENT in favor of the Respondent and against the Petitioner. Signed by Judge James I. Cohn on 3/31/2009. (lc1) (Entered: 04/01/2009) |
| 04/14/2009 | 23 | NOTICE of Attorney Appearance by William McKinley Hennis, III on behalf of Lloyd Chase Allen (Hennis, William) (Entered: 04/14/2009) |
| 04/14/2009 | 24 | MOTION to Alter Judgment by Lloyd Chase Allen. Responses due by 5/1/2009 (Hennis, William) (Entered: 04/14/2009) |
| 04/14/2009 |  | (Court only) ***Attorney Terri Lynn Backhus for Lloyd Chase Allen added per docket entry 23 . (tas) (Entered: 04/15/2009) |
| 05/15/2009 | 25 | ORDER denying 24 Petitioner's Motion to Alter Judgment. Signed by Judge James I. Cohn on 5/14/2009. (lc2) (Entered: 05/15/2009) |
| 06/12/2009 | 26 | NOTICE OF APPEAL of 22 Judgment, 21 Order Dismissing Case, 25 Order on Motion to Alter Judgment by Lloyd Chase Allen. Within ten days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Backhus, Terri) (Entered: 06/12/2009) |
| 06/12/2009 | 27 | MOTION for Certificate of Appealability by Lloyd Chase Allen. (construed from noa de#26) (hh) (Entered: 06/15/2009) |
| 06/15/2009 |  | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 26 Notice of Appeal, Filing Fee: (FEE NOT REQUIRED) (hh) (Entered: 06/15/2009) |
| 06/16/2009 | 28 | Amended MOTION for Certificate of Appealability by Lloyd Chase Allen. Responses due by 7/6/2009 (Backhus, Terri) (Entered: 06/16/2009) |
| 06/19/2009 | 29 | RESPONSE in Opposition re 28 Amended MOTION for Certificate of Appealability filed by Secretary, Florida Department of Corrections. (Jaggard, Sandra) (Entered: 06/19/2009) |
| 06/19/2009 | 30 | ORDER granting 28 Motion for Certificate of Appealability. Signed by Judge James I. Cohn on 6/17/2009. (hh) (Entered: 06/19/2009) |
| 07/01/2009 | 31 | ACKNOWLEDGMENT OF RECEIPT FROM USCA re 26 Notice of Appeal, date received by USCA 6/22/09 USCA number 09-13217-P (hh) (Entered: 07/01/2009) |
| 07/30/2009 | 32 | ORDER of USCA appellant's motion for extension of time to file appellant's brief and record excerpts to and including August 27, 2009, is GRANTED as to 26 Notice of Appeal, filed by Lloyd Chase Allen, USCA 3 09-13217-P (hh) (Entered: 07/31/2009) *End Vol. 1* |