UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Clerk of Court

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 1 5 2009
Appeals Section
THOMAS K. KAHN
CLERK
```

Date: 9/10/2009

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

COR/ROA

```
FILED by ___ D.C.
SEP 21 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI
```

IN RE:   District Court No:   03-10077-CV   -   JIC

U.S.C.A. No:   09-13217-P

Style:   ALLEN V. SECRETARY, FDC, ET AL

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 1 Volume(s) of pleadings
- 0 Volume(s) of Transcripts

Exhibits:  1 boxes;   1 folders;
           0 envelopes;   0 PSIs (sealed)

☐ other:
☑ other:  1 BOX CONTAINING DE# 16, APPENDICES
☑ Other:  1 ACCORDIAN FOLDER CONTAINING DE# 15
☐ Other:

Sincerely,

Steven M. Larimore, Clerk of Court

By: Hope Hurt
    Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue
  Miami, Fl 33128-7716
  305-523-5080

☐ 299 E. Broward Boulevard
  Ft. Lauderdale, Fl 33301
  954-769-5413

☐ 701 Clematis Street
  West Palm Beach, Fl 33401
  561-803-3408