# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of the Court

FILED by _____ D.C.
OCT 0 4 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. — MIAMI

For rules and forms visit
www.ca11.uscourts.gov

September 27, 2010

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 09-13217-P**
Case Style: Lloyd Chase Allen v. Sec., FL DOC
District Court Number:  03-10077 CV-JIC

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
  Original Exhibits, consisting of: 1 Box and 1 Folder
  Original record on appeal or review, consisting of: 1 Volume

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision,</u> is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

John Ley, Clerk of Court

Reply To: Marcus Simmons (404) 335-6200

Encl.

1 Box

MDT-1 (06/2006)