# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

May 09, 2011

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL  33128-1813



**Appeal Number: 09-13217-P**
Case Style: Lloyd Chase Allen v. Sec., FL DOC
District Court Number:  03-10077 CV-JIC

The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

John Ley, Clerk of Court

Reply To: Jenifer Tubbs (404) 335-6166

c: District Court Judge

MDT-4 (04-2007)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

May 2, 2011



William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Lloyd Chase Allen
     v. Edwin G. Buss, Secretary, Florida Department of Corrections
     No. 10-9202
     (Your No. 09-13217)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk