UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 4:03-CV-10077-COHN

LLOYD CHASE ALLEN,

        Petitioner,

VS.

SECRETARY, Florida Department
of Corrections,

        Respondent.
_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Amended Motion for Nunc Pro Tunc Appointment of Counsel Pursuant to the Criminal Justice Act [DE 41]. The Court has carefully reviewed the Motion, the record in the case, and is otherwise fully advised in the premises.

The CJA 30 signed by this Court on September 25, 2009, was *nunc pro tunc* to July 10, 2003 [DE 36]. Therefore, it is

ORDERED AND ADJUDGED that Petitioner's Amended Motion for Nunc Pro Tunc Appointment of Counsel Pursuant to the Criminal Justice Act is hereby **DENIED as MOOT.**

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of December 2012.

                                      JAMES I. COHN
                                      UNITED STATES DISTRICT JUDGE

cc:    William M. Hennis III, Esq.